**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Lance Austin Williams, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2017-001877

---

**ON WRIT OF CERTIORARI**

---

Appeal from Lexington County
R. Knox McMahon, Trial Court Judge
Eugene C. Griffith Jr., Post-Conviction Relief Judge

---

Memorandum Opinion No. 2020-MO-005
Submitted April 15, 2020 – Filed May 13, 2020

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Assistant Attorney General Michael Douglas Ross, all of Columbia, for Petitioner.

Richard A. Harpootlian and Christopher Phillip Kenney, both of Richard A. Harpootlian, PA, of Columbia, for Respondent.

––––––––––––

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's grant of Lance Austin Williams' application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**